**People of the State of Illinois, Plaintiff-Appellee, v. Rudy Faz, Sr., Defendant-Appellant.**

**Gen. No. 53,045. (Abstract of Decision.)**

First District, First Division.

August 12, 1969.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Herbert Becker, Norman W. Fishman, and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Elmer C. Kissane, Assistant State's Attorney, and Kenneth L. Giles, Special Assistant State's Attorney, of counsel) for appellee. Opinion by JUSTICE BURMAN. Not to be published in full.